ARTHUR R. ISAACSON, Respondent, v. VICTORIA FADER, Appellant, Impleaded with CHARLES MARCECA and PAUL SCHAR, Respondents.— Orders, as resettled, granting motions to vacate notice of examination before trial, and denying motions

---

* See Insurance Law, § 101, subd. 2, added by Laws of 1909, chap. 301, as amd. by Laws of 1921, chap. 407, and re-enacted by Laws of 1922, chap. 275; since amd. by Laws of 1923, chap. 28.— [REP.

for reargument, affirmed, with ten dollars costs and disbursements to defendants, respondents, Marceca and Schar, and ten dollars costs and disbursements to plaintiff, respondent. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.